# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700   Fax: (212) 658-9483

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

October 17, 2025

**BY ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/17/25__

Re:   <u>United States v. Jeton Gjidija</u>, 25 Cr. 327 (LJL)

Honorable Judge Carter:

With the consent of the Pretrial Services Agency, I write to respectfully request that the Court modify the conditions of Mr. Jeton Gjidija's bail to permit his travel to the Middle District of Pennsylvania on Saturday, October 18, 2025, to visit a family member's gravesite.

On July 25, 2025, Mr. Jeton Gjidijia was released into the custody of his father on a $150,000 bond. He has been fully compliant with this conditions of release. This Saturday (October 18), he would like to visit the gravesite of his late uncle at St. Paul's United Church of Christ, 406 Upper Swiftwater Rd, Paradise Valley, PA 18326. He would travel there and back with his father on a schedule approved by the Pretrial Services Agency.

As mentioned above, the Pretrial Services Agency has no objections to this modification. The Government defers to Pretrial.

Respectfully submitted,

/s/ Zawadi Baharanyi

Zawadi Baharanyi

Assistant Federal Defender

(212) 417-8735/ (917) 612-2753

cc: Meredith Foster, Assistant U.S. Attorney.

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
10/17/25