# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 8, 2026

**BY ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/8/26__

Re:   United States v. Jeton Gjidija, 25 Cr. 327 (ALC)

Honorable Judge Carter:

With the consent of the Government, I write to respectfully request a 30-day adjournment of the upcoming status conference. I understand that the Court may be available for a status conference on May 19 at 12:00 p.m. That date and time is convenient for both the Government and the defense.

An adjournment is warranted as the parties are still awaiting outstanding discovery that may have an impact on the resolution of this case. Additional time will allow time to review this discovery and meaningfully assess potential next steps and the possibility of a pretrial resolution.

The defense consents to the exclusion of time under the Speedy Trial Act until the next status conference.

Respectfully submitted,

/s/ Zawadi Baharanyi

Zawadi Baharanyi

Assistant Federal Defender

(212) 417-8735/ (917) 612-2753

cc: Meredith Foster, Assistant U.S. Attorney.

The application is **GRANTED**. The status conference is adjourned to 5/19/26 at 12:00 p.m. Time excluded from 4/8/26 to 5/19/26 in the interest of justice. So Ordered.

4/8/26