**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 26, 2026

**BY ECF**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ________
DATE FILED: 8/27/26

**Re: *United States v. Jeton Gjidija*, 25 Cr. 327 (ALC)**

Dear Judge Carter:

The parties write to respectfully request a one month-adjournment of the status conference currently scheduled for September 3, 2026 at 12:00 p.m. As discussed at the last conference, the parties have engaged in discussions regarding a pretrial resolution of this case, but are waiting for the results from an analysis by the New York City Office of Chief Medical Examiner regarding DNA found on firearms seized in connection with this case. The Government understands that those results should be ready shortly, but may not be ready in advance of the September 3, 2026 conference. Accordingly, the parties respectfully request a 30-day adjournment of that conference date so that the Government may receive and produce to defense counsel that additional discovery material, and the parties may have further conversations about a potential pretrial resolution of this matter.

If the Court grants the request for an adjournment, the Government moves, with consent of defense counsel, for time to be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), from September 3, 2026 to the newly scheduled date of the conference. The Government submits that the ends of justice served by the exclusion of time would outweigh the best interest of the public and the defendant in a speedy trial, because the exclusion of time will allow the Government to receive and produce the above-described discovery, the defense time to continue reviewing discovery, and the parties time to engage in discussions regarding a potential pretrial resolution.

The application is **GRANTED**. The status conference is adjourned to 10/6/26 at 12 noon. Time excluded from 9/3/26 to 10/6/26 in the interest of justice.
So Ordered.

Andrew L Carter Jr
**8/27/26**

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Meredith Fost
Meredith C. Foster
Assistant United States Attorney
Southern District of New York
(212) 637-2310

cc (by ECF): Zawadi Baharanyi, Esq.