USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: ______
DATE FILED: 10-1-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

JETON GJIDIJA,

Defendants.

---------------------------------------------------------------- x

23-CR-327 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for October 6, 2026, is adjourned to **3:45 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**October 1, 2026**

ANDREW L. CARTER, JR.
United States District Judge