Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 2, 2026

**BY ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10/2/26

Re: United States v. Jeton Gjidija, 25 Cr. 327 (ALC)

Honorable Judge Carter:

With the consent of the Government, I write to respectfully request a 30-day adjournment of the upcoming status conference, currently scheduled for October 6 at 3:45 PM.

An adjournment is requested as the parties recently received the results of DNA analysis conducted by OCME. The defense needs time to review and analyze the file from OCME and continue discussing a potential resolution of this matter.

The defense understands that the Court is available for a status conference on November 12 at 2:00 PM and asks to adjourn the conference until that date and time. The Government consents to the adjournment and is available.

The defense consents to the exclusion of time under the Speedy Trial Act until the next status conference.

Respectfully submitted,

/s/ Zawadi Baharanyi

Zawadi Baharanyi

Assistant Federal Defender

(212) 417-8735/ (917) 612-2753

The application is **GRANTED**. The status conference is adjourned to 11/12/26 at 2 p.m. Time excluded from 10/6/26 to 11/12/26 in the interest of justice.
So Ordered.

Andrew L Carter Jr
**10/2/26**

cc: Meredith Foster, Assistant U.S. Attorney.