USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#:
DATE FILED: 11-19-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**-against-**

**JETON GJIDIJA,**

**Defendants.**

---

**25-CR-327 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for December 3, 2026, is ADJOURNED to **12:30 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**November 19, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**